RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/28/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LINDA J. PENDER | CIVIL ACTION NO. 10-00401 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CITY OF FARMERVILLE, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 33] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that the same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. No. 14] is GRANTED, and this case is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 27 day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE